IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERNESTO S. WEISBURG,<br><br>        Plaintiffs,<br>v.<br><br>CHRISTOPHER M. PIEHOTA, et al.,<br><br>        Defendants | CIVIL ACTION<br>NO. 16-4017 |

### ORDER

**AND NOW**, this 16th day of November, 2017, upon review of Defendants' Motion to Dismiss (ECF Docket No. 4), and all supporting and opposing papers, it is hereby **ORDERED** that Defendants' motion is **GRANTED** without prejudice with leave to refile. Plaintiff shall be given forty-five (45) days to file an amended complaint if he can file a claim on a basis that can withstand a legal challenge. Failure to do so will result in complete dismissal without further notice.

                                               **BY THE COURT:**

                                               **/s/ Jeffrey L. Schmehl**
                                               Jeffrey L. Schmehl, J.